```
BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051
```

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUSAN ADAMS** | Case No. CIV-11-731 DAD |
| **Plaintiff,** | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from August 26, 2011, to October 6, 2011. This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule and need to prioritize older cases.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

| | | |
|---|---|---|
| Dated: August 26, 2011 | | /s/Bess M. Brewer |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |

Dated: August 26, 2011            Benjamin B. Wagner

United States Attorney

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ Lynn M. Harada
LYNN M. HARADA

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: August 29, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1:socsec
11cv731.stipo.wpd

2