1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUSAN ADAMS** ) | Case No. CIV-11-731 DAD |
| ) | |
| ) | **STIPULATION AND** |
| ) | **ORDER EXTENDING PLAINTIFF'S** |
| **Plaintiff,** ) | **TIME TO FILE SUMMARY** |
| ) | **JUDGEMENT MOTION** |
| **v.** ) | |
| ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from October 6, 2011, to November 2, 2011.  This extension and is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: October 6, 2011 | */s/Bess M. Brewer*<br>BESS M. BREWER |
| 2 | | Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: October 6, 2011        Benjamin B. Wagner

United States Attorney

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ Lynn M. Harada
LYNN M. HARADA

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: October 7, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

ddad1.socsec
adams731.eot.wpd

2