BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUSAN ADAMS**<br><br>          **Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>          **Defendant.** | Case No.  CIV-11-731 DAD<br><br>**STIPULATIONAND PROPOSED ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from November 2, 2011, to November 30, 2011.  This extension and is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: November 2, 2011 | /s/Bess M. Brewer |
| 2 | | BESS M. BREWER<br>Attorney at Law |
| 3 | | Attorney for Plaintiff |
| 4 | | |
| 5 | | |
| 6 | Dated: November 2, 2011 | Benjamin B. Wagner |
| 7 | | United States Attorney |
| 8 | | Donna L. Calvert<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| 9 | | |
| 10 | | /s/ Lynn M. Harada<br>LYNN M. HARADA |
| 11 | | Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: November 3, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

ddad1.soc.sec
adams,tempss.eot