1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney
5
       333 Market Street, Suite 1500
6      San Francisco, California  94105
       Telephone:  (415) 977-8977
7      Facsimile:  (415) 744-0134
       E-Mail: Lynn.Harada@ssa.gov
8
9  Attorneys for Defendant

10                        UNITED STATES DISTRICT COURT
11                        EASTERN DISTRICT OF CALIFORNIA
12
13                              **SACRAMENTO DIVISION**

14  SUSAN ADAMS,                    )    CIVIL NO.: 2:11-CV-00731-DAD
                                    )
15         Plaintiff,               )    STIPULATION AND PROPOSED ORDER
                                    )    FOR AN EXTENSION OF TIME
16         v.                       )
                                    )
17  MICHAEL J. ASTRUE,              )
    Commissioner of                 )
18  Social Security,                )
                                    )
19         Defendant.               )
20  _____    )

21

22      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

23  record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from

24  March 15, 2012 to April 28, 2012.  This is Defendant's first request for an extension of time to respond

25  to Plaintiff's motion.  Defendant needs the additional time to further review the file and prepare a

26  response in this matter.

27

28

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

                                                Respectfully submitted,

Dated: March 13, 2012          /s/ *Bess M. Brewer*
                                        (As authorized via e-mail on 3/13/12 at 12:08 p.m.)
                                        BESS M. BREWER
                                        Attorney for Plaintiff

Dated: March 13, 2012          BENJAMIN B. WAGNER
                                        United States Attorney
                                        DONNA L. CALVERT
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                            By:    */s/ Lynn M. Harada*
                                        LYNN M. HARADA
                                        Special Assistant United States Attorney

<u>ORDER</u>

APPROVED AND SO ORDERED:

**DATED: March 15, 2012.**

                                          _____
                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE