| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | DONNA L. CALVERT |
| | Acting Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| | LYNN M. HARADA, CSBN 267616 |
| 4 | Special Assistant United States Attorney |

      333 Market Street, Suite 1500
      San Francisco, California 94105
      Telephone: (415) 977-8977
      Facsimile: (415) 744-0134
      E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| SUSAN ADAMS, | ) | CIVIL NO.: 2:11-CV-00731-DAD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND PROPOSED ORDER |
| | ) | FOR AN EXTENSION OF TIME |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from March 15, 2012 to April 28, 2012. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant needs the additional time to further review the file and prepare a response in this matter.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

                                                      Respectfully submitted,

Dated: March 13, 2012                /s/ *Bess M. Brewer*
                                                      (As authorized via e-mail on 3/13/12 at 12:08 p.m.)
                                                      BESS M. BREWER
                                                      Attorney for Plaintiff

Dated: March 13, 2012                BENJAMIN B. WAGNER
                                                      United States Attorney
                                                        DONNA L. CALVERT
                                                         Acting Regional Chief Counsel, Region IX
                                                        Social Security Administration

                                         By:      /s/ *Lynn M. Harada*
                                                        LYNN M. HARADA
                                                        Special Assistant United States Attorney

<u>ORDER</u>

APPROVED AND SO ORDERED:

**DATED: March 15, 2012.**

                                                         DALE A. DROZD
                                                         UNITED STATES MAGISTRATE JUDGE